May 15, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

AUSTIN INDUSTRIAL SERVICES, LP AND BRITISH AMERICAN INSURANCE COMPANY, Appellants

NO. 14-10-00860-CV                                    V.

PASADENA REFINING SYSTEM, INC., Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Pasadena Refining System, Inc., signed June 1, 2010, was heard on the transcript of the record. We have inspected the record and find the trial court erred by awarding contractual contribution to Pasadena Refining System, Inc. We therefore order that the portion of the judgment that awarded contractual contribution to Pasadena Refining System, Inc. is **REVERSED** and judgment **RENDERED** that Pasadena Refining System, Inc. take nothing on its claim against Austin Industrial Services, LP for contractual contribution.

We further **REFORM** the judgment to delete the trial court's finding that Pasadena Refining System, Inc. nonsuited, without prejudice, its claims against British American Insurance Company for breach of contract and breach of the duty of good faith and fair dealing, and **RENDER** judgment that Pasadena Refining System, Inc. take nothing on its claims against British American Insurance Company for breach of contract and breach of the duty of good faith and fair dealing.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order the parties to pay their own costs incurred in this appeal. We further

order this decision certified below for observance.